# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1003
Flushing, New York 11354

August 1, 2017

Paul Mendez, Esq.
Tel : (718) 353-8522
Fax: (718) 353-6288
Email: pmendez@hanglaw.com

**VIA ECF**
Hon. Steven Tiscione
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: Li v. Elaine's Asian Bistro Corp. et al
     Case No. 1:17-cv-03020-FB-ST

Dear Hon. Steven Tiscione:

 This office represents the Plaintiffs in the above-referenced matter. We write to inform the court of the reason for re-filing service of summons and complaints.

 It has come to our attention that service was improper when we requested to a Certificate of Default on July 03, 2017 and July 10, 2017, Docket #8 and #10. Service was improper due to our process server not mailing a true copy of the summons and complaint to defendants nor inquiring about defendants' military status. After discussing the issue with the clerk and our process server we concluded in re-service. On July 27, 2017 the defendants were re-served, a true copy of the summons and complaint were mailed to defendants and our process server inquired about defendants' military status, Docket #11 and #12.

 We thank the Court for its time and attention to this matter.

            Respectfully submitted,

            */s/ Paul Mendez*
            Paul Mendez, Esq.